NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In re Guardianship of Faye Arlene  )
Howard, an incapacitated person,  )

_____ )

GEORGE AUGUSTINE,  )

             Appellant,  )

v.  )          Case No. 2D18-1709

SUZANNE SARRIS, as guardian of  )
Faye Arlene Howard, an incapacitated  )
person,  )

             Appellee.  )

_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for Pinellas
County; Linda R. Allan, Judge.

George Augustine, pro se.

Hamden H. Baskin, III, of Baskin Eisel,
Clearwater, for Appellee.

PER CURIAM.

             Affirmed.

CASANUEVA, MORRIS, and SMITH, JJ., Concur.